IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LELAND FOSTER | Case No.  3:20-cv-2794 |
| Plaintiff, | Judge James R. Knepp |
| vs. | **FINAL DISMISSAL ENTRY** |
| MAUMEE TRAIL INV., LLC, AN OHIO LIMITED LIABILITY COMPANY, ET AL | Paul R. Bonfiglio (0041484) Attorney for Defendant Maumee Trail Investments, LLC 300 Madison Avenue, Suite 1406 Toledo, OH   43604 Telephone:  (419) 242-3900 Fax:  (419) 242-6446 paul_bonfiglio@staffdefense.com |
| Defendants. | |

The parties hereto, by and through counsel, hereby represent to the court that all matters pertaining to this case have been resolved and that the matter should be dismissed in its entirety, including all cross-claims and counterclaims, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED this action is dismissed in its entirety, including all cross-claims and counterclaims, with prejudice, at the cost of the defendant.  Notwithstanding this dismissal, the court retains jurisdiction for the purpose of enforcing the terms of the settlement.

\_\_6/21/2021_____      _____
Date                                                             Judge

APPROVED:

/s/Owen B. Dunn, Jr._____      /s/Paul R. Bonfiglio_____
Owen B. Dunn, Jr.                                                Paul R. Bonfiglio
Attorney for Plaintiff                                             Attorney for Defendant
Leland Foster                                                       Maumee Trail Investments, LLC

1

2

| | |
|---|---|
| /s/Valerie J. Fatica<br>Valerie J. Fatica<br>Attorney for Plaintiff<br>Leland Foster | /s/Richard E. Wolff<br>Richard E. Wolff<br>Attorney for Defendants<br>POCO Toledo LLC and<br>POCO Downtown, LLC<br><br>/s/Michael W. O'Donnell<br>Michael W. O'Donnell<br>Attorney for Defendant<br>DL AND Sons Pizza LLC |

2